|   |   |
|---|---|
| KAREEN J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VITALE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:20-cv-1928-JDP (PS)<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE CASE |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Kareen Howell is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This action was opened when he submitted to the court an application for leave to proceed in forma pauperis and an unsigned complaint. ECF Nos. 1, 2. On October 6, 2020, the court informed Mr. Howell that to properly commence a civil action, he needed to file a signed complaint. ECF No. 10. He was granted thirty days to file a signed complaint and warned that failure to do so would result in this case being closed. To date, Mr. Howell has not filed a signed complaint. Consequently, there is no case before the court. *See* Fed. R. Civ. P. 3.

Accordingly, it hereby is ORDERED that:

1. The clerk is directed to close the case.

2. Plaintiff is notified that should he wish to pursue the claims described in his unsigned complaint, ECF No. 1, he must commence a new action by submitted a signed complaint and either paying the court's filing fee or submitting an application to proceed in forma pauperis.

1

1
2  IT IS SO ORDERED.
3
4  Dated:   December 4, 2020                    _____
                                                JEREMY D. PETERSON
5                                               UNITED STATES MAGISTRATE JUDGE

2